IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| THE IT GROUP, INC. | § | Case No. 02-10118 (MFW) |
| | § | |
| Debtor. | § | |
| | § | |
| THE OFFICIAL COMMITTEE OF | § | |
| UNSECURED CREDITORS OF | § | |
| THE IT GROUP, INC., ET AL., | § | |
| On Behalf of The Estate of The IT Group, | § | |
| Inc., et al. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. No. 04-50542 (PBL) |
| | § | |
| FEDERAL INDUSTRIAL PRODUCTS | § | JURY DEMANDED |
| INC. and HEALTH CARE CAPITAL, INC., | § | |
| | § | |
| Defendant. | § | |

### MOTION OF DEFENDANT M-I L.L.C. TO WITHDRAW THE REFERENCE OF ADVERSARY PROCEEDING NO. 04-40542

Defendant, M-I L.L.C., pursuant to 28 U.S.C. §157(d), hereby requests a withdrawal of the order of reference in respect to the above-referenced adversary proceeding. The grounds for the relief sought by M-I L.L.C. are set forth in the *Opening Brief of M-I L.L.C. in Support of Motion to Withdraw the Reference of Adversary No. 04-40543*, filed on this date.

WHEREFORE, Defendant, M-I L.L.C. respectfully request that the order of reference be withdrawn in connection with this adversary proceeding, that a status

18
9/12/05

conference be scheduled in the federal district court to discuss the schedule and trial of this cause in the federal district court, and such other and further relief, at law or in equity, to which Defendant is justly entitled.

Dated: _Aug 20_, 2005.

Respectfully submitted,

*/s/ Ben L. Aderholt*

BEN L. ADERHOLT
Looper, Reed & McGraw, P.C.
State Bar No. 00909000
1300 Post Oak Boulevard, Suite 2000
Houston, Texas 77056
Tele: 713-986-7000
Fax: 713.986.7100
Email: baderholt@lrmlaw.com
ATTORNEYS FOR M-I L.L.C.

Of Counsel:

JOHN D. DEMMY
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Phone: 302-654-5180
Fax: 302.654.5181

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on all attorneys of record and persons pro se in this cause, by certified mail, return receipt requested, by depositing same, postpaid, in an official depository under the care and custody of the United States Postal Service on the _____ day of __8-30__, 2005 in a wrapper properly addressed.

_____
Ben L. Aderholt

3

TRANSMITTAL SHEET FOR WITHDRAWAL OF REFERENCE TO THE
U.S. DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Adversary Case #:** | 04-50542 |
| **Related Bankruptcy Case #:** | 02-10118 |
| **District Court Civil Action#:** | |
| **Deputy Clerk Transferring Case:** | Lisa M. Dunwody |
| **Case Type:** | Adversary |
| **Nature of Suit:** | Recover Money or Property |
| **Cause of Transmittal:** | Motion for Withdrawal of Reference dated 9/12/05 |
| **Parties:** | The Official Committee of Unsecured Creditors of The IT Group, Inc., et al On Behalf of The Estate of The IT Group, Inc., et al v Federal Industrial Products |
| **Plaintiff's Counsel:** | |

> **Eric Michael Sutty**
> The Bayard Firm
> 222 Delaware Avenue
> Suite 900, P.O. Box 25130
> Wilmington, DE 19899
> 302-655-5000
> Fax : 302-658-6395
> Email: bankserve@bayardfirm.com
> *LEAD ATTORNEY*

> **Felice Glennon Kerr**
> The Bayard Firm
> 222 Delaware Avenue
> Suite 900
> Wilmington, DE 19899
> 302-655-5000
> Fax : 302-658-6395
> Email: bankserve@bayardfirm.com
> *LEAD ATTORNEY*

> **Jeffrey M. Schlerf**
> The Bayard Firm

>222 Delaware Avenue
>Suite 900
>Wilmington, DE 19801
>302 655-5000
>Fax : 302-658-6395
>Email: bankserve@bayardfirm.com
>*LEAD ATTORNEY*
>
>**Mary E. Augustine**
>The Bayard Firm
>Suite 900
>P.O. Box 25130
>Wilmington, DE 19899
>302-655-5000
>Fax : 302-658-6395
>Email: bankserve@bayardfirm.com

| | |
|---|---|
| **Defendant's Counsel** | **John D. Demmy, Esq**<br>Stevens & Lee, P.C.<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br> usa<br>302-425-3309<br>Fax : 610-371-8515<br>Email: jdd@stevenslee.com |

revised: 10/20/03
T:\lmd\Transmittal - WOR - IT Group.wpd