IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11 |
| THE IT GROUP, INC., ET AL., : | |
| : | Bankruptcy Case No. 02-10118 MFW |
| Debtors. : | |
| : | |
| THE OFFICIAL COMMITTEE OF : | |
| UNSECURED CREDITORS OF : | |
| THE IT GROUP, INC., ET AL., : | |
| On Behalf of The Estate of : | |
| The IT Group, Inc., et al., : | |
| : | Adversary No. 04-50542 |
| Plaintiff, : | |
| : | Civil Action No. 06-661-JJF |
| v. : | |
| : | |
| FEDERAL INDUSTRIAL PRODUCTS, : | |
| ET AL. : | |
| Defendants. : | |

O R D E R

At Wilmington, this 26 day of January, 2007, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that Defendant M-I L.L.C.'s Motion To Withdraw The Reference (D.I. 1) is **DENIED**.

/s/ Joseph J. Farnan
UNITED STATES DISTRICT JUDGE